| | | |
|---|---|---|
| IN RE: HENRY W. BLANCHARD and<br>TANYA L. BLANCHARD<br>    Debtor(s) | : | CHAPTER 13 |
| | : | |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| HENRY W. BLANCHARD and<br>TANYA L. BLANCHARD<br>    Respondent(s) | : | CASE NO. 1-16-bk-05196 |

<u>TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN</u>

AND NOW, this   23rd   day of July, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The debtor(s) defaulted under their original plan or their previous plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/James K. Jones
           Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this   23rd   day of July, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Bach, Esquire
352 S. Sporting Hill Road
Mechanicsburg, PA   17050

                   /s/Deborah A. Behney
                   Office of Charles J. DeHart, III
                   Standing Chapter 13 Trustee22