LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Henry W. Blanchard and
Tanya L. Blanchard

CHAPTER: 13

CASE NO. 1-16-bk-05196

**Debtor(s)**
Charles J. DeHart III
Standing Chapter 13 Trustee

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Tanya L. Blanchard

Nature of Proceeding: Trustee

Objections to Motion to Modify Plan

**Defendant(s)/Respondent(s)**

Document #: 40

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Hearing was scheduled on non-Chapter 13 hearing date.
Parties need additional time to resolve objection.
Please reschedule for August 22, 2018.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/6/18

/s/ James K. Jones

Attorney for Trustee

Name: James K. Jones

Phone Number: 717-566-6097 x-123

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.