```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                   Case No. 16-05196-HWV
Henry W. Blanchard                                       Chapter 13
Tanya L. Blanchard
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: DDunbar      Page 1 of 1         Date Rcvd: Oct 21, 2019
                            Form ID: trc       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
4959214        Citibank, N.A.,     Fay Servicing, LLC,     PO Box 814609,    Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    HOUSEHOLD REALTY CORPORATION ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ashlee Crane Fogle    on behalf of Creditor    NRZ Inventory Trust afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
           solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Citibank N A bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Citibank, N.A et al bkgroup@kmllawgroup.com
          James M Bach    on behalf of Debtor 1 Henry W. Blanchard JMB@JamesMBach.com,
           staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
          James M Bach    on behalf of Debtor 2 Tanya L. Blanchard JMB@JamesMBach.com,
           staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-05196-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Henry W. Blanchard
12546 Buffalo Trace
Millerstown PA 17062

Tanya L. Blanchard
12546 Buffalo Trace
Millerstown PA 17062

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. 1: Citibank, N.A., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

U.S. Bank National Association
Fay Servicing, LLC
PO Box 814609,
Dallas, TX 75381-4609
U.S. Bank National Association
Fay Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/23/19

Terrence S. Miller
**CLERK OF THE COURT**